Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEIZUR,<br><br>    Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | No. C 05 5096 JSW<br><br>Before the Honorable JEFFREY S. WHITE<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  MARCH 17, 2006<br>Conference Time:  1:30 p.m.<br>Location:  Courtroom 2, 17TH fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the MARCH 17, 2006 Case Management Conference ("CMC") to __June 16, 2006__, at __1:30 p.m.__. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: March 13, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

|   |   |
|---|---|
| 1 | LAWRENCE J. GORNICK [SBN 136290] |
| 2 | EMILY CHARLEY [SBN 238542] |
|   | LEVIN SIMES KAISER & GORNICK LLP |
| 3 | One Bush Street, 14th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 646-7160 |
|   | Fax: (415) 981-1270 |

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL HORTON | No. C 05 1552 CRB |
|---|---|
| Plaintiff, | Before the Honorable CHARLES R. BREYER |
| vs. | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| ELI LILLY AND COMPANY, | |
| Defendant. | Conference Date: MARCH 17, 2006 |
|   | Conference Time: 8:30 a.m. |
|   | Location: Courtroom 8, 19TH fl. |

Pursuant to the Order Setting Initial Case Management Conference ("CMC") Plaintiff MICHAEL HORTON ("Plaintiff") submits this CMC Statement:

Plaintiff respectfully requests a continuance of the MARCH 17, 2006 CMC for approximately 120 days, because: (1) Plaintiff has not yet served the Defendant; (2) this case falls within the purview of Multidistrict Litigation Proceeding No. 1596 – *In re Zyprexa Products Liability Litigation* ("MDL Proceeding"), and therefore Plaintiff anticipates that this case will be transferred to the MDL Proceeding.

Accordingly, Plaintiff requests that this Court take the MARCH 17, 2006 CMC off-calendar

– 1 –
Case Management Conference Statement

1  or continue the CMC for approximately 120 days, during which time this case will likely be
2  transferred to the MDL proceeding.

    DATED: MARCH 9, 2006.

                                      LEVIN, SIMES, KAISER & GORNICK LLP

                                      By_____
                                          Lawrence J. Gornick
                                          Emily Charley
                                          Attorneys for Plaintiff MICHAEL HORTON.