James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEIZUR, <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | No.: C-05-5096 JSW <br><br> Before the Honorable Jeffrey S. White <br><br> **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Conference Date: June 16, 2006 <br> Conference Time: 1:30 p.m. <br> Location: Courtroom 2, 17th Fl. |

|   |   |
|---|---|
| 1 | For the reasons set forth in the Joint Case Management Conference Statement, the Court |
| 2 | hereby vacates, or continues the June 16, 2006, Case Management Conference ("CMC") to |
| 3 | December 8, 2006     , at  1:30 p.m.  , by which time this case will likely have been transferred to |
| 4 | the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In |
| 5 | the event this case is not transferred to the MDL far enough in advance of the new CMC date, the |
| 6 | parties shall file a Joint CMC Statement at least 5 court days before the new CMC date. |
| 7 | Plaintiff is HEREBY ORDERED to serve Defendant within 120 days of the date of this Order. |

IT IS SO ORDERED

DATED: June 12, 2006  .

_____
The Honorable Jeffrey S. White