# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Rec'd  MAY 19 2006
BROOKLYN OFFICE

Re:  MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:      Judge Jack B. Weinstein
     Transferor Judges:     (See Attached List of Judges)
     Transferor Clerk:      Richard W. Wieking

JPML Form 36

A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

## *DOCKET NO. 1596*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-49)*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Case 3:05-cv-05096-JSW   Document 12   Filed 08/28/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST, DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC         Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA        Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW        Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CR B       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ        Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA        Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA        Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ        Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009           Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011           Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013 WHA        Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH        Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH        Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ        Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP        Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA        Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC         Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH        David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH        Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW        Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149           Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150 WHA        Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152           Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153 MMC        Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA        Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH        Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ        Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW        Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW          Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35             Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40             Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41 WHA          Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL         Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA         Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW         Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA         Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH         Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH         Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA         Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC         Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC          Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA         Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC         Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA         Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC          Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH         Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC          Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA         Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH         Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ         Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA         Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050 꿍 ᄯ          Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051 ᄀᄂ           Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052 ᄉᄃ           Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053 ᄂᄼᄖᄼᄼᄼ       Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054 ᄉᄃ           Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056 ᄂᄖᄼᄼ         Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057 ᄭᄀᄀ          Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058 ᄭᄭᄼᄃ         Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060 ᄉᄃ           Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061 ᄇᄀᄀ          Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062 ᄇᄀᄀ          Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063 ᄭᄭᄼᄃ         Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064 ᄭᄭᄼᄃ         Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076 ᄉᄀ           Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077 ᄂᄀᄀ          Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078 ᄂᄖᄼᄼ         Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079 ᄭᄀᄀ          Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080 ᄭᄖᄀᄇ         Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~            ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082 ᄀᄀᄯ          Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083 ᄇᄀᄀ          Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084 ᄭᄭᄼᄃ         Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085 ᄂᄖᄼᄼ         Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086 ᄭᄀᄀ          Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088 ᄀᄀᄯ          Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090 ᄉᄃ           Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091 ᄭᄖᄀᄇ         Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093 ᄂᄖᄼᄼ         Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096 ᄭᄭᄼᄃ         Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099 ᄭᄀᄀ          James Fraser v. Eli Lilly & Co.
CAN 3  06-1100 ᄭᄀᄀ          Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103 ᄇᄀᄀ          Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106 ᄇᄀᄀ          Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108 ᄀᄀᄯ          Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110 ᄂᄖᄼᄼ         Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111 ᄉᄃ           Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112 ᄇᄀᄀ          Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113 ᄭᄭᄼᄃ         Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116 ᄂᄖᄼᄼ         Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117 ᄂᄖᄼᄼ         Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118 ᄭᄀᄀ          Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119 ᄃᄋᄂ          Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122 ᄉᄀ           James Thomas v. Eli Lilly & Co.
CAN 3  06-1123 ᄂᄖᄼᄼ         Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124 ᄀᄃᄇ          Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125 ᄀᄀᄯ          Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126 ᄂᄖᄼᄼ         James Arns v. Eli Lilly & Co.
CAN 3  06-1127 ᄭᄀᄀ          Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128 ᄂᄖᄼᄼ         Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129 ᄂᄖᄼᄼ         Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131 ᄂᄖᄼᄼ         James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132 ᄭᄭᄼᄃ         Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133 ᄀᄃᄇ          Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134 ᄭᄀᄀ          Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135 ᄉᄇᄀ          Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155 ᄂᄖᄼᄼ         Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156 ᄇᄀᄇ          Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158 ᄭᄀᄀ          William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159 ᄉᄇᄀ          Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160 ひせん        Yash Kapur v. Eli Lilly & Co. ひせん
CAN 3  06-1161 ハサイ        Doreen Bell v. Eli Lilly & Co. ハサイ
CAN 3  06-1162 JSひ         William O'brien v. Eli Lilly & Co.
CAN 3  06-1163 ハハC         Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164 SC          Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168 ハサイ        Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170 PJH         Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171 ハハC         Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172 Sエ          Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174 PJH         David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175 SC          Virginia Craig v. Eli Lilly & Co.
CAN 3  06-1178            Sandra Nyberg, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1179 JIひ        Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180 CLひ        Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182 SC          Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184 JSひ        Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185 ハJS        Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186 TEH        Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187 SC          Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188 PJH         Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190 SBA        Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194 TEH        Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195 ハJS        Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198 ハJS        Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199 TE H        Kathy Martin v. Eli Lilly & Co.
CAN 3  06-1200            Gould Meclarny v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1201 Sエ         Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202 SBA        Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204 ハJS        Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206 ハサイ        Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207 ハサイ        Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209 TEH        Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230 ハハC        John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231 PJH         Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232 JSひ        Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233 PJH         Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235 ハJS        Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236 PJH         Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237 ハJS        Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239 ハハC        Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240 TEH        Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241 ハサイ        Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242 ひせん       Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244 EDL         Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245 ハJS        Cox v. Eli Lilly & Co.
CAN 3  06-1246 ひせん       Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263 ひせん       William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267 SC          Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269 Sエ         Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270 ハハC        Rivers v. Eli Lilly & Co.
CAN 3  06-1273 ひせん       Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274 JSひ        Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281 JSひ        Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282 SC          Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293 Sエ         Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294 JSひ        Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297 TEH        Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299 SC          Ashraf M. Hashmi v. Eli Lilly & Co.
CAN 3  06-1308            Manford Hanson v. Eli Lilly & Co. Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1310 | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 | 06-1312 | Beth Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1313 | Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1320 | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 | 06-1327 | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 | 06-1328 | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 | 06-1330 | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 | 06-1333 | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 | 06-1334 | Robert Koch v. Eli Lilly & Co. |
| CAN 3 | 06-1339 | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 | 06-1340 | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 | 06-1343 | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 | 06-1344 | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1354 | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1356 | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1373 | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 | 06-1374 | Donna M. Strasburger v. Eli Lilly & Co. |
| CAN 3 | 06-1376 | Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1379 | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 | 06-1382 | Donald R. Dimartino v. Eli Lilly & Co. |
| CAN 3 | 06-1387 | Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06 |
| CAN 3 | 06-1388 | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1389 | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 | 06-1392 | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 | 06-1393 | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1396 | Charlene West v. Eli Lilly & Co. |
| CAN 3 | 06-1397 | Mary Senf v. Eli Lilly & Co. |
| CAN 3 | 06-1398 | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 | 06-1400 | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 | 06-1401 | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 | 06-1404 | Robert Young v. Eli Lilly & Co. |
| CAN 3 | 06-1405 | Peter Williams v. Eli Lilly & Co. |
| CAN 3 | 06-1406 | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 | 06-1432 | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1433 | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1435 | David R. Werner v. Eli Lilly & Co. |
| CAN 3 | 06-1437 | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 | 06-1439 | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1442 | Barrett v. Eli Lilly & Co. |
| CAN 3 | 06-1443 | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 | 06-1457 | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1458 | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 | 06-1460 | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1462 | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1465 | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1466 | James Cutter v. Eli Lilly & Co. |
| CAN 3 | 06-1467 | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 | 06-1468 | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1469 | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 | 06-1472 | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 | 06-1473 | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 | 06-1476 | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 | 06-1477 | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 | 06-1479 | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 | 06-1480 | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 | 06-1481 | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 | 06-1482 | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 | 06-1484 | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1486 | Marvette L. Keys v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  PJH        Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  Wffr       William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 MJJ         Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 MMC         Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 MHP         David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 SC          Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 JSW         Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 MJJ         Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 JSW         Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 SC          Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 SC          Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~         ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533 JSW         Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~         ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537 MJJ         Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 MMC         Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 MMC         Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 TEH         Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 MJJ         William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 JSW         Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 MMC         Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 SC          Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 WHA         Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 MHP         Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 SI          Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 SI          Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 PJH         Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 PJH         Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 SC          Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 WHA         David Bell v. Eli Lilly & Co.
CAN 3  06-1563 JSW         Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 PJH         Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 MMC         Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 WHA         Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 MHP         Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 MJJ         Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 SI          Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 SI          Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 SI          Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 CW          Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 SI          Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 SI          Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 SI          Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 SI          Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 SI          Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 SI          Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~         ~~Ann Button v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627 SI          Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 SI          Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 SI          James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 SI          Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 EMC         Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 MHP         Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 MHP         Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 SC          James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 SI          Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 MMC         Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1705 *SC* | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 *JSW* | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 *SI* | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 *WHA* | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 *SC* | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 *MHP* | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 *SI* | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 *MJJ* | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 *MJJ* | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 *SC* | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 *WHA* | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 *PJH* | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 *MJJ* | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 *PJH* | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 *MJJ* | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 *SI* | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 *JSW* | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 *WHA* | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 *MHP* | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 *MJJ* | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 *JSW* | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 *JSW* | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 *MJJ* | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | ~~Shannon La'Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. | |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. | |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. | |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. | |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. | |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 | |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton '
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102